UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON., <br><br> Plaintiff, <br><br> v. <br><br> JAMES LUTZ TRUST, *et al.* <br><br><br> Defendants. | Case No. 2:16-cv-02721-JAD-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion for Removal from Electronic Service List (ECF No. 53), filed on August 14, 2018.

Plaintiff requests that Sylvia O. Semper, Esq. be removed as attorney of record for Plaintiff Wilmington Trust, N.A. Plaintiff represents that it will continue to be represented by Abran E. Vigil, Esq. and Michael A. DiGiacomo of Ballard Spahr LLP. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Motion for Removal from Electronic Service List (ECF No. 53) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Sylvia O. Semper, Esq. from the CM/ECF service list in this case.

Dated this 15th day of August, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE